THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ELKE MARCONI RODAS-ARANGO A/K/A
ALEX NOEL BERRIOS-FEBUS A/K/A
MARCONI RODAS

: **05**CR**10096**RGS
:
: CRIMINAL ACTION
:
: Count One: 8 U.S.C.
: §1326(a) and (b)(2)


Illegal Re-entry by
Deported Alien

## INDICTMENT

**COUNT ONE:** 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about March 10, 2005, at Boston, in the District of

Massachusetts,

**ELKE MARCONI RODAS-ARANGO A/K/A
ALEX NOEL BERRIOS-FEBUS A/K/A
MARCONI RODAS**

the defendant herein, being an alien and having been excluded,

deported and removed from the United States, and whose removal

was subsequent to the conviction for the commission of an

aggravated felony, to wit, Assault and Battery with a Dangerous

Weapon, in violation of M.G.L. §265, c. 15A, was found in the

United States without having received the express consent of the

United States Attorney General prior to March 1, 2003, or the

express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    April 6, 2005 @ 1:29 PM


Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

05 CR 10096 RGS

JS 45  (5/97) - (Revised USAO MA 6/29/0

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** ICE _____

**City** Chelsea _____    **Related Case Information:**

**County** Suffolk _____    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ELKE MARCONI RODAS-ARANGO _____    Juvenile   ☐ Yes   ☒ No

Alias Name   MARCONI RODAS ; ALEX NEOL BERRIO  FEBUS _____

Address   _____

Birth date (Year only): 1975  SSN (last 4 #): _____  Sex M  Race: H _____  Nationality: Guatemala _____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _____    **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   Spanish _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** 3/10/05 _____

☒ **Already in Federal Custody as** Administrative Arrest by ICE **in** _____.
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** 1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 4/6/05 _____    **Signature of AUSA:** _____

05 CR 10096 RGS

JS 45 (5/97) - (Revised USAC MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ELKE MARCONI RODAS-ARANGO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal Re-entry by Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: