AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Elke Marconi Rodas Arango

**EXHIBIT AND WITNESS LIST**

Case Number: CR05-10096

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROBERT B COLLINGS | LEONEY | CULLEN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | DIGITAL | NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | WITNESS ONE: |
| 1 |  | 4.13.05 | X | X | Warrant of Removal |
| 2 |  | 4.13.05 | X | X | Second page of Warrant of Removal |
| 3 |  | 4.13.05 | X | X | Notice of Intent |
| 4 |  | 4.13.05 | X | X | Warrant for Arrest of Alien |
| 5 |  | 4.13.05 | X | X | Warning as to rights |
| 6 |  | 4.13.05 | X | X | Record of Deportable Alien |
| 7 |  | 4.13.05 | X | X | Affidavit |
| 8 |  | 4.13.05 | X | X | List of Legal Service Providers |
| 9 |  | 4.13.05 | X | X | Letter from Mr. Chadbourne |
| 9A |  | 4.13.05 | X | X | District Court Docket |
| 9B |  | 4.13.05 | X | X | MA District Court Docket |
| 9C |  | 4.13.05 | X | X | Chelsea District Court Docket |
| 9D |  | 4.13.05 | X | X | Chelsea District Court Docket |
| 9E |  | 4.13.05 | X | X | Woburn District Court Docket |
| 9F |  | 4.13.05 | X | X | Chelsea District Court Docket |
| 9G |  | 4.13.05 | X | X | District Court docket |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages