# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                              CRIMINAL NO. 2005-10096-RGS

ELKE MARCONI RODAS-ARANGO, ETC.,
       Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The above-listed defendant was arraigned before me on May 4, 2005. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on May 4, 2005.

    Counsel are ORDERED to appear for an Initial Status Conference on **TUESDAY, MAY 24, 2005 AT 11:00 A.M.** at Courtroom #23 (7th floor), John

Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 4, 2005.