AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ELKE MARCONI RODAS-ARANGO

**WARRANT FOR ARREST**

05 CR 10096 RGS

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELKE MARCONI RODAS-ARANGO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Re-entry after Deportation

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 APR -6 P 3: 20

in violation of Title 8 United States Code, Section(s) 1326

Jennie M. Gawlik
Name of Issuing Officer

Jennie M. Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-6-05 Boston
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

RETURN EXECUTED BY TCL

This warrant was received and executed with the arrest of the above-named defendant at ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/6/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.