# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                CRIMINAL NO. 2005-10096-RGS

ELKE MARCONI RODAS-ARANGO,
    ETC.,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/6/2005 - Indictment returned.

4/8/2005 - Initial Appearance

4/8 - 4/13/2005 - Government's motion for detention; filing to decision.

5/4/2005 - Arraignment

5/5 - 6/1/2005 - Excluded as per L.R. 112.2(A)(2)

5/24/2005 - Conference held.

5/25 - 6/13/2005 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of June 13, 2005, TWENTY (20) non-excludable days will have occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 24, 2005.