# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.               CRIMINAL NO. 2005-10096-RGS

ELKE MARCONI RODAS-ARANGO,
    ETC.,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on May 24, 2005; counsel for the defendants were present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)   No.

(2)   The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)    No.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Monday, June 13, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    A trial will probably not be necessary; a trial would last three days.

(7)    The Final Status Conference is set for *Thursday, June 16, 2005 at 11:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 24, 2005.