# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                                           CRIMINAL NO. 2005-10096-RGS

ELKE MARCONI RODAS-ARANGO,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/16/2005 - Conference held.

Thus, as of June 16, 2005, TWENTY-TWO (22) non-excludable days have occurred leaving FORTY-EIGHT (48) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                          */s/ Robert B. Collings*
                                          ROBERT B. COLLINGS

June 16, 2005.                         United States Magistrate Judge