# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                         CRIMINAL NO. 2005-10096-RGS

ELKE MARCONI RODAS-ARANGO,
        Defendant.

## *ORDER AFTER*
## *FINAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on June 16, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4) The government has requested notice of alibi; the defendant has not responded.

(5) No non-discovery type motions will be filed.

(6) No.

(7) At this point, a plea is possible but not definite; trial will last about four (4) days.

(8) *See* Further Order of Excludable Delay entered this date. ***An Initial Pretrial Conference should be set AS SOON AS POSSIBLE.  <u>THE SPEEDY TRIAL ACT CLOCK IS RUNNING</u>***.

(9) Four (4) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Four (4) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 ***AS SOON AS POSSIBLE.  <u>THE</u>***

*SPEEDY TRIAL ACT CLOCK WILL BE RUNNING*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE STEARNS' SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 16, 2005.