UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff    )<br>  )<br> v.    )<br>  )<br> ELQUI RODAS-ARANGO   )<br>  )<br>            Defendants  )<br>  ) | CR. No. 05-10096-RGS |

**MOTION TO CONTINUE SENTENCING**

NOW COMES defendant, Elqui Rodas-Arango, by and through his attorney of record, who hereby moves this Honorable Court to continue the sentencing hearing presently scheduled for Thursday, November 10, 2005.

In support of this motion Defendant has filed two motions for a new trial in Chelsea District Court in cases in which the court failed to advise the Defendant of his Alien Rights.  The Defendant is still awaiting a hearing/decision on those two Motions for A New Trial.  If the Chelsea District Court grants either of Defendant's Motions the Defendant's original deportation order and sentencing guidelines may be affected.

Date:  November 9, 2005            Respectfully Submitted,
                                   **ELQUI RODAS-ARANGO**
                                   By his attorney,
                                   /s/ *Albert F. Cullen, Jr.*
                                   BBO#107900
                                   Albert F. Cullen, Jr.
                                   60 K Street
                                   Boston, MA 02127

I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading

                                   /s/ ***Albert F. Cullen, Jr.***
                                   Albert F. Cullen, Jr.

Case 1:05-cr-10096-RGS    Document 16    Filed 11/09/2005    Page 2 of 2