UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CR. No. 05-10096 RGS |
| | ) | |
| v. | ) | |
| | ) | |
| ELQUI RODAS-ARANGO | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### DEFENDANT'S MOTION TO CORRECT NAME SPELLING

Now comes the Defendant, Elqui Rodas-Arango, through his undersigned attorneys and files this motion to correct the spelling of Defendant's first name.

The proper spelling of Defendant's first name is E-L-Q-U-I. Defendant hereby respectfully requests that the record be corrected to reflect the proper spelling.

Respectfully submitted
**Elqui Rodas-Arango**
By his attorneys
/s/ *Albert F. Cullen, Jr.*

BBO# 107900

/s/ *Albert F. Cullen, III*

BBO# 561223

Dated: January 30, 2006          60 K Street, Boston, MA 02127

I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

/s/ ***Albert F. Cullen, Jr.***

Albert F. Cullen, Jr.